UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES

VS

Miguel Arnoldo Valle Valle
DEFENDANT(S)

JUDGE: Ivan D. Davis
CASE NO.: 14-cr-135
HEARING: RS
DATE: 12.19.14
TIME: 2pm
REPORTER: FTR GOLD SYSTEM
CLERK: John Williams

COUNSEL FOR UNITED STATES: M. Dale
COUNSEL FOR DEFENDANT: W. Cummings w/ S. White - Pro Hac
INTERPRETER: E. Descusies        LANGUAGE: Spanish
(X) DEFT. APPEARED ( ) THROUGH COUNSEL ( ) FAILED TO APPEAR ( ) WARRANT TO BE ISSUED

(X) RULE 5 ADVISEMENT                          ( ) DEFT. ADMITS ( ) DENIES VIOLATION
( ) COURT TO APPOINT COUNSEL                   ( ) COURT FINDS DEFT. IN VIOLATION
(X) DEFT. TO RETAIN COUNSEL
( ) CONTACT PREVIOUS COUNSEL & REAPPOINT
( ) PRELIMINARY EXAMINATION WAIVED
( ) COURT FINDS PROBABLE CAUSE
(X) U.S. REQUESTS DETENTION (X) GRANTED ( ) DENIED
( ) GOVT NOT SEEKING DETENTION
(X) DEFT. (X) REMANDED ( ) DETAINED          ( ) DEFT. CONTINUED ON BOND/PROBATION

CONDITIONS OF RELEASE:
($   ) UNSECURED ($   ) SECURED ( ) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING
( ) MENTAL HEALTH TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT
( ) AVOID CONTACT ( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

MINUTES:
( ) GOVT ADDUCED EVIDENCE & RESTS ( ) EXHIBITS:_____
( ) DEFT ADDUCED EVIDENCE & RESTS ( ) EXHIBITS:_____
PH waived - risk of non appearance - safety of community

( ) GOVT. ( ) DEFT. ( ) JOINT MOTION TO CONTINUE ( ) GRANTED ( ) DENIED

NEXT APPEARANCE:
_____ AT _____ AM OR PM
( ) DH ( ) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) PBV ( ) SRV ( ) VCR ( ) R5
( ) ARRAIGN ( ) INDENT ( ) OTHER JUDGE_____

( ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) RELEASE ORDER GIVEN TO USMS

Det- order