Date: __01-07-16__   Judge: __LIAM O'GRADY__   Reporter: __N. Linnell__
Time: __9:47__ To __10:14__   Interpreter: __M. Horvath & A. Lefebvre__
Language: __Spanish__

UNITED STATES of AMERICA

vs.

MIGUEL ARNULFO VALLE VALLE   __1:14CR00135-001__
Defendant's Name   Case Number

Jorge Enrique Artieda (Local counsel-**Not present, excused**)   Mary Daly and William Sloan
Robert Feitel (Pro hac vice)
Counsel for Defendant   Counsel for Government

Matter called for:
( ) Motions  ( ) Setting Trial Date  ( X ) Change of Plea Hrg.  ( ) Rule 35  ( ) Arraignment
( ) Appeal from USMC  ( ) Sentencing  ( ) Rule 20 & Plea  ( ) Probation/Supervised Release Hrg
( ) Pre-Indictment Plea  ( ) Other: _____

Defendant appeared:   ( X ) in person   ( ) failed to Appear
                     ( X ) with Counsel  ( ) without counsel  ( ) through counsel

Filed in open court:

( X ) Plea Agreement ( X ) Statement of Facts **and placed UNDER SEAL.**

Arraignment & Plea:
( ) WFA  ( ) FA  ( X )PG  ( )PNG   Trial by Jury: ( ) Demanded  ( ) Waived

Defendant entered a Plea of Guilty pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure to __Count 1 of the Superseding Indictment.__

Defendant directed to USPO for PSI: ( X ) Yes   ( ) No
Case continued to __04/22/16__ at __9:00 a.m.__ for: ( X ) Sentencing

Court *provisionally* accepts plea, pending preparation of a presentence report. Govt's motion to seal the plea agreement and statement of facts – granted.

Defendant is remanded.

Email P.O. and Jury: __X__   Jury trial set: 01/19/16
LOG Red Book __X__
Chambers calendar __X__