IN OPEN COURT
APR 29 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:14-CR-135 |
| ) | |
| MIGUEL ARNULFO VALLE VALLE, ) | |
| ) | |
| Defendant. ) | |

### CONSENT ORDER OF FORFEITURE

WHEREAS, pursuant to a written plea agreement, the defendant MIGUEL ARNULFO VALLE VALLE pled guilty to a felony violation of Title 21, United States Code, Sections 846 and 841(a)(1) and agreed to forfeit all of his interests in the property that is the subject of this order of forfeiture and to the entry of an order of forfeiture concerning such property;

AND WHEREAS, defendant agrees to waive the provisions of Federal Rules of Criminal Procedure 7(c)(2), 32.2, and 43(a) with respect to notice in the criminal indictment that the government will seek forfeiture as part of any sentence in this case, and that entry of this order shall be made a part of the sentence in or out of the presence of the defendant and be included in the judgment in this case without further order of the Court;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The following property is forfeited to the United States of America pursuant to 21 U.S.C. § 853, as property in which the defendant had an interest, and that facilitated the defendant's offense or a substitute for such property, or as the proceeds of drug trafficking or property derived from, traceable to, fungible with, or a substitute for such property:

    a.     $50,000,000.00 in United States Currency, representing proceeds derived from the offense to which the defendant pled guilty.

2. The Attorney General or the Secretary of the Treasury is authorized to seize the property and to conduct any discovery proper in identifying or locating the property subject to forfeiture, in accordance with Fed. R. Crim. P. 32.2(b)(3).

3. The United States shall publish notice of this order and of its intent to dispose of the property one time in such manner as the Attorney General may direct. The United States shall also, to the extent practicable, provide direct written notice to any persons known to have alleged an interest in the property.

4. Any person, other than the defendant, asserting any legal interest in the property may, within thirty days of the final publication of notice or his receipt of notice, whichever is earlier, petition the court pursuant to 21 U.S.C. § 853(n) for a hearing to adjudicate the validity of his alleged interest in the property.

5. Following the Court's disposition of all petitions filed, or if no such petitions are filed within the time prescribed by law, upon proof of publication and proof of notice to any persons known to have alleged an interest in the property, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

Dated this 29th day of April, 2016.

/s/
Liam O'Grady
Honorable Liam O'Grady
UNITED STATES DISTRICT JUDGE

WE ASK FOR THIS:

_____
Mary K. Daly
William M. Sloan
Assistant United States Attorneys

_____
MIGUEL ARNULFO VALLE VALLE
Defendant

_____
Robert Feitel
Jorge E. Artieda
Counsel for Defendant