IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MIGUEL ARNULFO VALLE VALLE,<br><br>*Defendant*. | 1:14-CR-135 |

**UNITED STATES' MOTION TO FILE UNDER SEAL PURSUANT TO
LOCAL RULE 49(E) AND CONFIDENTIAL MEMORANDUM IN SUPPORT**

Pursuant to Local Rule 49(E), the United States, by counsel, respectfully requests an Order sealing the United States' Motion for Limited Unsealing. In support of this motion, the United States represents the following:

1. This Court has "supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests." *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984).

2. The balance of interests weighs in favor of sealing the United States' motion, which confirms the fact of the defendant's cooperation.

3. A proposed Order is attached to this motion and memorandum.

WHEREFORE, the United States respectfully requests an Order allowing its Motion for Limited Unsealing to be filed under seal.

                                              Respectfully submitted,

                                              Erik S. Siebert
                                              United States Attorney

By:                      /s/
                                              Philip Alito
                                              Assistant United States Attorney
                                              Office of the United States Attorney
                                              2100 Jamieson Avenue
                                              Alexandria, Virginia 22314
                                              Telephone:    703-299-3700
                                              Fax:           703-299-3890
                                              Philip.Alito@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that, on March 10, 2025, I filed the foregoing with the Clerk of Court, and provided a copy to the defendant's representation via email.

                                                          /s/
                                                          Philip Alito
                                                          Assistant United States Attorney